IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: DEX MEDIA, INC., | ) |
| | ) |
| YELLOW PAGES PHOTOS, INC., | ) |
| | ) Civ. No. 17-265-GMS |
| Appellant, | ) Bankruptcy Case No. 16-51026 (KG) |
| | ) BAP No. 17-6 |
| v. | ) |
| | ) |
| DEX MEDIA, INC., | ) |
| | ) |
| Appellee. | ) |

**ORDER**

At Wilmington this  2nd  day of April, 2017, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **April 21, 2017.**

2. Appellee's brief in opposition to the appeal is due on or before **May 26, 2017.**

3. Appellant's reply brief is due on or before **June 23, 2017.**

_____
United States District Judge